## Commonwealth *v.* Pickford, Appellant.

Argued June 12, 1970. *William F. Killeen,* for appellant; *J. Bruce McKissock,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pittman, Appellant.

Submitted June 12, 1970. *Samuel M. Lehrer,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.